PASSION CARE-C1100 (C1100)

# Pay Statement History
[ System ]

Pay Dates: 02/01/2026-10/02/2026

| Employee Id | First Name | Last Name | Employee EIN | Employee Status | Type | Status | Calc Status | Statement | Pay Stub Note | Pay Date | Gross | Deductions (EE) | Taxes (EE) | Net Payment | # Errors | # Warnings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1510528 | | 02/20/2026 | $112.00 | - | $15.92 | $96.08 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1512548 | | 02/27/2026 | $896.00 | - | $193.03 | $702.97 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1514303 | | 03/06/2026 | $838.25 | - | $177.86 | $660.39 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1516490 | | 03/13/2026 | $890.75 | - | $191.63 | $699.12 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1519668 | | 03/20/2026 | $880.25 | - | $188.88 | $691.37 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1521586 | | 03/27/2026 | $869.75 | - | $186.12 | $683.63 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1522990 | | 04/03/2026 | $896.00 | - | $193.02 | $702.98 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1527900 | | 04/10/2026 | $875.00 | - | $187.50 | $687.50 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1528923 | | 04/17/2026 | $869.75 | - | $186.12 | $683.63 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1533543 | | 04/24/2026 | $890.75 | - | $191.64 | $699.11 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1535544 | | 05/01/2026 | $880.25 | $10.38 | $186.51 | $683.36 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1537924 | | 05/08/2026 | $717.50 | $10.38 | $143.84 | $563.28 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1539824 | | 05/15/2026 | $885.50 | $10.38 | $187.90 | $687.22 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1542354 | | 05/22/2026 | $885.50 | $10.38 | $187.90 | $687.22 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1544909 | | 05/29/2026 | $880.25 | $10.38 | $186.52 | $683.35 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1547356 | | 06/05/2026 | $896.00 | $10.38 | $190.65 | $694.97 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1549548 | | 06/12/2026 | $890.75 | $10.38 | $189.26 | $691.11 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1552625 | | 06/18/2026 | $728.00 | $10.38 | $146.60 | $571.02 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1554590 | | 06/26/2026 | $885.50 | $10.38 | $187.90 | $687.22 | | |
| 27548 | Heather | Ghali | Family | Active | Check #2 | Finalized | Done | -1554591 | | 06/26/2026 | $168.00 | - | $23.88 | $144.12 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1558900 | | 07/02/2026 | $896.00 | $10.38 | $159.93 | $725.69 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1564181 | | 07/10/2026 | $885.50 | $10.38 | $157.52 | $717.60 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1568211 | | 07/17/2026 | $896.00 | $10.38 | $159.93 | $725.69 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1570152 | | 07/24/2026 | $890.75 | $10.38 | $158.71 | $721.66 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1573325 | | 07/31/2026 | $854.00 | $10.38 | $150.35 | $693.27 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1575974 | | 08/07/2026 | $896.00 | $10.38 | $159.92 | $725.70 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1578120 | | 08/14/2026 | $885.50 | $10.38 | $157.52 | $717.60 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1580534 | | 08/21/2026 | $896.00 | $10.38 | $159.93 | $725.69 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1583086 | | 08/28/2026 | $890.75 | $10.38 | $158.71 | $721.66 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1585766 | | 09/04/2026 | $880.25 | $10.38 | $156.33 | $713.54 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1586915 | | 09/11/2026 | $448.00 | $10.38 | $60.03 | $377.59 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1590364 | | 09/18/2026 | $885.50 | $10.38 | $157.53 | $717.59 | | |
| 27548 | Heather | Ghali | Family | Active | Check #2 | Finalized | Done | -1590365 | | 09/18/2026 | $448.00 | - | $62.17 | $385.83 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1592015 | | 09/25/2026 | $423.50 | $10.38 | $54.93 | $358.19 | | |
| 27548 | Heather | Ghali | Family | Active | Regular | Finalized | Done | -1595553 | | 10/02/2026 | $869.75 | $10.38 | $153.94 | $705.43 | | |
| 27548 | Heather | Ghali | Family | Active | Quarter Reconciliation Delta | Finalized | Done | -1562380 | | 06/30/2026 | - | - | - | - | | |
| **Report Total** | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | $27,781.25 | $238.74 | $5,410.13 | $22,132.38 | | |